CO-386
10/2018

# United States District Court
# For the District of Columbia

Mark Bagley, Tara Dunion, and Terrence Banks )
)
)
)
)
vs  Plaintiff )  Civil Action No. 1:20-cv-1462
)
AARP, Inc. )
)
)
)
Defendant )

**CERTIFICATE RULE LCvR 26.1**

I, the undersigned, counsel of record for  AARP, Inc.  certify that to the best of my knowledge and belief, the following are parent companies, subsidiaries or affiliates of  AARP, Inc.  which have any outstanding securities in the hands of the public:

None.

These representations are made in order that judges of this court may determine the need for recusal.

Attorney of Record

*Esther Lander* (signature)
Signature

D.C. Bar No. 461316
BAR IDENTIFICATION NO.

Esther G. Lander
Print Name

2001 K Street NW
Address

Washington DC 20006
City    State    Zip Code

(202) 887-4000
Phone Number